UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS,<br>        Plaintiff,<br>   v.<br>WESTLAW, et al.,<br>        Defendant(s). | Case No. 18-cv-07787-CRB (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF No. 2) |

On January 23, 2019, the post office returned the court's mail to plaintiff as undeliverable. ECF No. 8. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

But based solely on plaintiff's affidavit of poverty, his motion for leave to proceed in forma pauperis (ECF No. 2) is GRANTED.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: March 27, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CEASER LEWIS,

    Plaintiff,

v.

WESTLAW, et al.,

    Defendants.

Case No. 3:18-cv-07787-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Ceaser Lewis ID: 1801965
San Benito County Jail
P.O. Box 920
Hollister, CA 95024

Dated: March 27, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Lashanda Scott, Deputy Clerk to the
    Honorable CHARLES R. BREYER